## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

MONTVALE SURGICAL CENTER
a/s/o SUSAN S., ET AL.,

               Plaintiffs,

v.

AETNA INSURANCE COMPANY,
INC., ET AL.,
               Defendants.

Civil Action No. 12-2935 (KM-JAD)

**ORDER**

**McNULTY, U.S.D.J:**

This matter having come before the Court upon the motion of Defendant Aetna Life Insurance Company (improperly pled as "Aetna Insurance Company, Inc.") (hereinafter "Aetna") to consolidate related cases pursuant to Federal Rule of Civil Procedure 42 and Local Civil Rule 42.1, and all Plaintiffs in each case having consented thereto;

IT IS THIS _____ day of _____, 2012, hereby

ORDERED that Aetna's consent motion to consolidate is GRANTED;

ORDERED that the following cases shall be consolidated with the above-captioned case for pretrial and discovery purposes only: *Montvale Surgical Center, LLC a/s/o Christopher K. et al. v. Aetna Ins. Co. et al.*, Civ. No. 12-3676 (SRC/CLW); *Montvale Surgical Center, LLC a/s/o Shawn S. et al. v. Aetna Ins. Co. et al.*, Civ. No. 12-3684 (DRD/PS); *Montvale Surgical Center, LLC a/s/o Joseph K. et al. v. Aetna Ins. Co. et al.*, Civ. No. 12-3687 (KM/MF); *Montvale Surgical Center, LLC a/s/o Robert E. v. Aetna et al.*, Civ. No. 12-3690 (ES/CLW); *Montvale Surgical Center, LLC a/s/o Dorothea Y. v. Aetna et al.*, Civ. No. 12-3733 (CCC/JAD); *Montvale Surgical Center,*

*LLC a/s/o Shirley F. et al v. Aetna Ins. Co. et al.*, Civ. No. 12-3773 (CCC/JAD);

*Montvale Surgical Center, LLC a/s/o Donald J. v. Aetna Ins. et al.*, Civ. No. 12-4285

(KSH/PS); *Montvale Surgical Center, LLC a/s/o Ana J. et al. v. Aetna Ins. et al.*, Civ. No.

12-4286 (KM/JAD).

KEVIN McNULTY, U.S.D.J.

2773433-01