**MASSOOD & BRONSNICK, LLC**
50 Packanack Lake Road East
Wayne, New Jersey 07470-6663
(973) 696-1900
Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER a/s/o S.S.; MONTVALE HEALTH ASSOCIATES a/s/o S.S.; IN-BALANCE HEALTH, LLC a/s/o S.S.,<br><br>Plaintiffs(s),<br><br>v.<br><br>AETNA INSURANCE COMPANY, INC.; KPMG, LLP; ABC CORP. (1-10) (Said names being fictitious and unknown entities),<br><br>Defendant/Counterclaim Plaintiff,<br><br>v.<br><br>MONTVALE SURGICAL CENTER,<br><br>Counterclaim Defendant. | Civil Action No. 12-2935 (KM/MCA)<br><br>Lead Case<br>Consolidated With:<br><br>Civil Action No. 12-3676 (SRC/CLW)<br>Civil Action No. 12-3684 (DRD/PS)<br>Civil Action No. 12-3687 (KM/MCA)<br>Civil Action No. 12-3690 (ES/SCM)<br>Civil Action No. 12-3733 (CCC/JAD)<br>Civil Action No. 12-3773 (CCC/JAD)<br>Civil Action No. 12-4285 (KSH/PS)<br>Civil Action No. 12-4286 (KM/MAH)<br><br>**CIVIL ACTION**<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

It is hereby stipulated and agreed that all claims in the above-captioned matters and Docket Numbers are hereby dismissed without costs against either party without prejudice.

Massood & Bronsnick, LLC

_____
Andrew R. Bronsnick, Esq.
*Attorneys for Plaintiff*

Dated: March 15, 2013

Connell Foley, LLP

_____
Matthew A. Baker, Esq
*Attorneys for Defendant*

SO ORDERED

Kevin McNulty, U.S.D.J.

Date: March 19, 2013